UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALIM HAJIANI,
        Plaintiff,

vs.

GLISSTEN ENTERPRISES, INC.,
et al.
        Defendant.

CIVIL ACTION FILE

NO. 1: 12-cv-735-TWT

## JUDGMENT

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that this action is hereby **DISMISSED without prejudice** pursuant to Local Rule 41.3(3).

Dated at Atlanta, Georgia, this 21st day of February, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 21, 2013
James N. Hatten
Clerk of Court

By: _____
Deputy Clerk