IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALIM HAJIANI,

   Plaintiff,

     v.

GLISSTEN ENTERPRISES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-735-TWT

## ORDER

This is a FLSA action for overtime compensation. It is before the Court on the Plaintiff's Motion for Reconsideration [Doc. 12] which is DENIED.

SO ORDERED, this 26 day of February, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Hajiani\12cv735\reconsider.wpd